JOSEPHINE TESAURO, Appellant, v. THOMAS H. TESAURO LUMBER CORP. et al., Respondents.—

Hopkins, Martuscello, Latham and Brennan, JJ., concur; Rabin, Acting P. J., dissents and votes to affirm the judgment, with the following memorandum: I am of the view that plaintiff, in her brief, virtually concedes she signed the release and that her only objection was that the release was the product of fraud and undue duress. Accordingly, the release was in evidence and properly considered by the trial court.